**Mail body: Lourdes Borchelli**

Lourdes Borchelli
50 Guion Place
UNIT 3F
New Rochelle, New York 10801
Mobile: 718-931-0100

December 23, 2025

RECEIVED
SDNY PRO SE OFFICE
2025 DEC 30 PM 12: 08

**25 CV 10828**

Lourdes Borchelli-guilbe against MTA employees and TWU Local 100 (Antonio Roldan).

Among the allegations and debates that I have been exposed to for the longest period of time, these are some notable examples. There are instances of bullying, discrimination, humiliation, threats, chasing me by foot, degrading, playing games with my wages, my wallet being stolen from inside my handbag, calling me names that are derogatory, putting my food in the garbage, breaking into numerous of my lockers, harassment, embarrassment, the rock and roll gesture, insults, and profanity that occur almost every other day and retaliation against me if I don't I agree to her NONSENSE. There is a connection between these incidents and not only coworkers but also supervisors, upper management, and representatives of the union.

As a result, I am moving forward in filing a lawsuit against the Metropolitan Transportation Authority (MTA) and TWU Local 100 (TWU) for the highest possible amount of money to compensate me for the damages that I have suffered. These damages include defamation, mental distress, psychological assault, reputational harm, lost wages, unpaid wages, physical pain and suffering, unfair treatment, discrimination, harassment, emotional distress, depression, anxiety, loss of enjoyment of life, hair loss and damages to my vehicle. My alopecia condition continues to worsen as a consequence of high levels of stress, my blood pressure is out of control, stilling fears gradually, and the fact that I am still having to deal with their intentional malicious acts, and retaliation throughout the journey.

Despite the fact that everyone on restricted duty is allowed to place themselves outside of the elevator area, GSM Lillian Ruiz has requested that I either sit inside or stand inside the elevator. In the event that ringleader CTA Debra Gomez decides that she wants to hide my chair. She does not provide any hand sanitizer, a mask, disposable gloves, heat, or air during the summertime. In the event that I disobey her illegal policy, she intends to send me home with no pay. She believes that she has garnered enough influence within the MTA company to become untouchable, and that her words will be believed.

It is her request that I transport a yellow partition board that weighs close to thirty pounds from the facility room to the elevator. She is informed that my weight is restricted to a maximum of five pounds. "I don't give a damn about your weight limit or your health condition," was the response that she gave.

Having a disability does not give GSM Lillian Ruiz or anyone the right to do whatever they wants to do with me. It is her intention to remove me from the workplace that I have chosen and to force me to perform responsibilities that I am unable to carry out due to my disability. My mental, physical, and emotional well-being are all being mistreated and assaulted by her and her puppeteers crew. She is taking revenge on me almost every other day.

Supervisor Ms. Lewis and CTA Elizabeth Curtin have broken into my locker numerous of times and stolen my iPad, prescription medication for my blood pressure, personal medical documents, daily supplements that I buy from a company named (Dose),all of my cartons of coconut water, MTA safety vest and flashlight, a pair of extra pants that I carry with me in case of an emergency, socks, and my MTA uniform jacket.

Supervisor Lewis and CTA Elizabeth Curtin has broken into my locker numerous of times and took my iPad,

prescription medication, personal medical documents, my daily supplements, cartons of coconut water drinks, MTA safety vest, MTA flashlight, a pair of extra pants that I carry if in case of a emergency, socks, and my MTA uniform jacket.

I was found once unconscious inside the elevator at 191st Street on the 1 line, and supervisor Ms. Lewis refused to file the IOD report because, according to her, she was getting ready to clock out, and the IOD report is a 14-page document that takes up to two hours to complete and that my starting shift time wasn't until 2300. Regardless of what the situation might have been. I am an employee of the MTA and a human being as well. Not even the animals you treat them with those manners.

My regular wages are being manipulated on a consistent basis, and I have been waiting for back wages and COVID pay for more than four years.

My food and coconut water drinks is thrown out of the refrigerator at 181st Street on the A-Line by ringleader CTA Debra Gomez without asking, and the same thing happens with CTA Elizabeth Curtin at 190th Street on the A-Line.

If I request a day off from my allowance bank, and for the most part it is always denied. She won't allowed me to participate in any meetings, events or holidays party.

She periodically, remind me that I am going to get fired and stilling fear gradually and tormenting me by using the word "termination" as a constant threat.

They are constantly making jokes about my limitations and appearances because of the fact that I occasionally wobble. So they called me WABE.

The use of insulting derogatory terms such as "fat rat," "fat bitch," "WABE", and "crip," which is a term that means "referred" and is an abbreviation for "cripple.

GSM Lilliana Ruiz has A few of my coworkers keeping a close eye on me; including ringleader CTA Debra Gomez, who is widely recognized as the master ringleader and has been given instructed by GSM Lilliana Ruiz to take photos of each vehicle that I arrive in and chasing me by foot with her cellphone. In Additionally, she has also instructed the PM elevator operator from the 190th Street A-Line to follow these same directives and orders, as well as to keep an eye on me and take photos of me. She compensate them, by given them the opportunity to go shopping around the area of Washington Heights neighborhood, to take long extended lunch breaks, and to leave two hours before their scheduled time or to arrive two hours after their scheduled time, or to do whatever is most appropriate or suitable for them.

My black SUV is covered in dents and scratches all over its body and every single one of my four tires has been slow punctured in two different occasions. They also leave threatening messages on my windshield or the door of my locker.

Sometimes I get to the station a little bit earlier than expected, so they want me to wait outside until 11:05 p.m., regardless of the weather—cold, rain, snow, or intense heat—they want me to wait until the ringleader, CTA Debra Gomez, has left the station in a comfortable manner. In the meantime, everyone else is welcome to arrive up to an hour early and wait quietly inside the facility room or inside the booth.

GSM Lilliana Ruiz, supervisor Ms. Lewis and their puppeteers crew are responsible for tarnishing my reputation in every possible way. In fabricating lies and rumours about me. All of them have created a hate crime and a hostile workplace environment. Especially GSM Lilliana Ruiz, Supervisor Ms. Lewis, ringleader CTA Debra Gomez and CTA C. Lopez are very GHETTO.

GSM Lillian Ruiz is marketing and running a campaign against me, and she is collecting letters from various

coworkers in Hudson Heights, Washington Heights, and Inwood, which includes Zones 1A and 1B. She has instructed them to simply write anything negative about me, regardless of whether or not they know me, so that she can submit it to the Equal Employment Opportunity Commission (EEOC) agency and that the MTA headquarters does not need to know, and to avoid communicating with me in any way.

I am not particularly afraid of them; rather, it is the fact that I am unable to defend myself due to the fact that I am obese and have disabilities. It is my opinion that a person who suffers from multiple sclerosis is not capable of engaging in any physical conflict. This is the only reason that different members of my family and close friends accompany me to work each day. I arrived in a variety of vehicles and entered the Heights through a variety of train stations. The only thing that could worry me is if they force me or push me down the stairs, as they like to say.

I am unable to sign in, sign out, or ask for the key to the bathroom because Mr. Carlos Vasquez, the morning station agent clerk, and Mr. S. Montanez, the overnight station agent clerk, would leave their booth ten to fifteen minutes before 0700 or a few minutes before 2300 in order to go hide. This prevented me from signing in or signing out, and it also prevented me from asking for the key to the bathroom.

The act of reprimanding me in front of whoever is present is something that GSM Lilliana Ruiz, takes great pleasure in doing. It is important that she is heard by everyone, so she speaks very loudly. She humiliated, degraded, and embarrassed me in front of my coworkers or whoever is around. She immediately jumps into conclusions without letting me express myself to her and telling me to shut up, and then starts her rock and roll gesture and using her index finger across my face.

A hate crime has been committed against me by the power of GSM Lilliana Ruiz and her puppeteers, with the assistance of Supervisor Ms. Lewis, the union representative of TWU Local 100 Mr. Antonio Roldan, CTA C. Lopez, CTA Elizabeth Curtin, CTA Jason Gatson, CTA L. Izzarrizy, CTA Ana Ocasio, CTA K. Nelson, Station Agent Carlos Vasquez, Station Agent S. Montonez, and ringleader CTA Debra Gomez, who is also referred to as the main master ringleader. All of these individuals are her puppeteers.

The rumor is that once GSM Lillian Ruiz changes the door locks for the facility room and the bathroom on 190th Street on the A-Line, no one shall grant me any access to enter those two rooms.

Specifically, she wants me to eat my lunch on top of a dirty tablecloth that is covering the table that we use in the facility room. Just because one of her puppets, CTA Elizabeth Curtin, does not want anyone to touch or block her decorations with their body, I have to be very careful about where I sit or stand in the facility room for the reason that she does not want anyone to move, touch, block, or eat near her decorations. In the event that those decorations are blocked, moved, or touched by me in any way, GSM Lilliana Ruiz will be notify, and she will write me up.

She has the support of union representative Mr. Antonio Roldan on her side. Therefore, complaining to TWU Local 100 is pointless. Mr. Antonio Roldan once dated one of her puppeteers, CTA C. Lopez and another one by the name CTA L. Jones. A man who has a rat sheet with both companies MTA and TWU Local 100. Nobody is surprised to learn that in order for Mr. Antonio Roldan, be able to assist you with any issues that may arise at work, you are required to have a dinner with him at the restaurant of your choice and sexual relations with him. He gave my personal address intentionally and told her about my medical history to CTA C. Lopez. She is constantly threatening me with CTA K. Kelson a cleaner who was recently hired by the MTA and comes from a corrupt and dysfunctional family from Staten Island, New York. Ms. K. Kelson has a friend that works at the MTA headquarters at 2 Broadway giving her personal information about coworkers including me from the MTA like personal addresses, who is related to X,Y and Z, medical conditions and about salaries.

I have purchased a total of nine chairs from Walmart.com, and supervisor, Ms. Lewis, has disposed of them into our refuse room while I was on vacation or during my RDOs meaning my days off. She did this with the

assistance and help of our ringleader, CTA D. Gomez, and CTA Edwin Negron, who is rumored to be dating ringleader CTA Debra Gomez.

When water bottles were brought to the facility room at 190th Street on the A-Line, supervisor Ms. Lewis ordered station agent S. Montanez to hide the water bottles inside the booth. We were two years without a water cooler machine in our facility room.

I need help with this situation as soon as possible. PLEASE!

Respectfully yours,
Lourdes Borchelli-guilbe
Mobile: 1-718-931-0100

Lourdes Borchelli



L. Borelli-Juillee
50 Avion Place
UNIT 3F
New Rochelle, NY 10801

RECEIVED
SDNY PRO SE OFFICE
2025 DEC 30 PM 12:08

Pro Se Intake Unit
500 Pearl Street
Room 200/205
NY NY 10007

USMS SDNY

WESTCHESTER NY 105
24 DEC 2025