UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOURDES BORCHELLI-GUILBE,

Plaintiff,

v.

METROPOLITAN TRANSPORTATION AUTHORITY, TWU LOCAL 100, ANTONIO ROLDAN, GSM LILLIAN RUIZ, CTA DEBRA GOMEZ, SUPERVISOR MS. LEWIS and CTA ELIZABETH CURTIN,

Defendants.

25-CV-10828 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Before the Court are motions to dismiss filed by Defendants TWU Local 100 and Antonio Roldan, Dkt. 19, and Defendants Metropolitan Transportation Authority, Lillian Ruiz, Debra Gomez, Ms. Lewis and Elizabeth Curtin, Dkt. 20. The Court will address the motions in due course. But to the extent that the parties wish to be referred to the Court's Mediation Program, they shall, within fourteen days, submit a joint letter so advising the Court. If the parties elected to participate in the Mediation Program, the Clerk of Court would attempt to locate pro bono counsel for the limited purpose of representing Plaintiff at the mediation.

SO ORDERED.

Dated: October 15, 2026
New York, New York

Ronnie Abrams
United States District Judge